ACCEPTED
03-15-00529-CV
7941679
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 9:44:04 AM
JEFFREY D. KYLE
CLERK

Case No. 03-15-00529-CV

COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 9:44:04 AM
JEFFREY D. KYLE
~~Clerk~~

MATTHEW ERIC KERSHNER,

*Appellant*

v.

SAMSUNG AUSTIN SEMICONDUCTOR, LLC,

*Appellee.*

*On Appeal from Cause No. D-1-GN-12-003687*
*53rd Judicial District Court of Travis County, Texas*
*Hon. Gisela D. Triana, Presiding*

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELEE'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Appellee Samsung Austin Semiconductor, LLC files this Unopposed Motion for Extension of Time to file its Appellee's Brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show the Court the following:

1.  Appellee's Brief is due Wednesday, November 25, 2015.

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION**                    **Page 1**

2.    Appellee respectfully requests a 14-day extension of its deadline. If permitted, its brief would be due on Wednesday, December 9, 2015.

3.    Appellee has worked diligently to prepare its brief but has also been preoccupied several matters since Appellant's Brief was filed, including without limitation the following:

    a. Taking over as defense counsel in an ongoing federal action—*Jimenez et al. v. Vyhnalek Trucking et al.*, pending in the United States District Court for the Western District of Texas as Civil No. 1:15-CV-025-LY—that required immediate attention for matters including without limitation multiple avenues of investigation of all damages claims, responding to multiple pending discovery requests, locating and communicating with a defendant at previously-unknown location to avoid a default judgment, evaluating a demand, and organizing and preparing for depositions of eight different parties.

    b. Being retained as defense counsel in a presuit trucking accident requiring immediate scene investigation and preservation of evidence.

    c. November 4–5: Preparation for and hearing on multiple motions in *Emile Jamail Properties, Inc. v. Cheryl Ogle et al.*, pending in the 98th Judicial District Court of Travis County, Texas as Cause No. D-1-GN-14-005051.

    d. November 13: Attending a mandatory Firm retreat in Dallas.

    e. November 16: Preparation for, travel to and from, and taking the deposition of the co-defendant in San Antonio, in *Pamela Jordan v. Jose Quiroz et al.*, pending in the 126th Judicial District Court of Travis County, Texas as Cause No. D-1-GN-15-000902.

f.  November 18: Preparation for, travel to and from, and taking the deposition of the co-defendant in Brownwood, in *Roy Matthew Pannell v. Keifer James King et al.*, pending in the 35th Judicial District Court of Brown County, Texas as Cause No. CV-1401004.

g.  November 19–20: Meeting with client, preparation for, and defending the deposition of client, in *Pamela Jordan v. Jose Quiroz et al.*, pending in the 126th Judicial District Court of Travis County, Texas as Cause No. D-1-GN-15-000902.

h.  November 23: Preparing for and attending a hearing unilaterally-set by the opposing party with no conferral, in *Progressive County Mutual Insurance Company v. Vintage Legacy Lakes National, LP, Individually and d/b/a The Vintage at Legacy Apartments*, pending in the Justice Court, Precinct 1, Position 2, Harris County, Texas as Cause No. CV12C0143996.

Appellee also seeks this extension because undersigned counsel is now making preparations for out-of-town guests for the Thanksgiving holiday.

4.  This is Appellee's first request for an extension of any deadline in this case.

5.  This motion is not made for purposes of delay, but so that justice may be done.

6.  In summary, Appellee requests that its deadline to file its Appellee's Brief be extended by 14 days to Wednesday, December 9, 2015.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P.**

_____

**BRET A. SANDERS**
State Bar No. 24033152
**JEFFREY D. BOYD**
State Bar No. 24069404
1801 South MoPac Expressway, Suite 320
Austin, Texas 78746
(512) 479-8400
(512) 479-8402 (Fax)
bsanders@feesmith.com
jboyd@feesmith.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE AND COMPLIANCE

I conferred with counsel for the Appellant on November 23, 2015, and he does not oppose the extension requested in this Motion. This document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes.

_____

**BRET A. SANDERS**
**JEFFREY D. BOYD**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied, emailed, or hand-delivered to all attorneys of record in this cause of action on the 23rd day of November, 2015.

| *Via Facsimile* | *Via Facsimile* |
|---|---|
| Matthew J. Kita | Kenneth "Tray" Gober, III |
| P.O. Box 5119 | Robert W. Lee |
| Dallas, TX 75208 | Lee, Gober & Reyna |
| (214) 347-7221 (Fax) | 11940 Jollyville Road, Suite 220-S |
| matt@mattkita.com | Austin, TX 78759 |
| ***Appellate and Trial Counsel for Appellant*** | ***Trial Counsel for Appellant*** |

**BRET A. SANDERS**
**JEFFREY D. BOYD**